David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-5615 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Aaron Austin, Individually and on behalf of Karin Austin,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>Pfizer Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Aaron Austin, Individually and on behalf of Karin Austin, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

DATED: Jan. 12, 2010     MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*


DATED: Jan. 12, 2010     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: FEB 17 2010     _____
Hon. Charles R. Breyer
United States District Court

-2-